**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **JERRY HALL,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| | **:** | **NO. 4:24-CV-00091-CDL-AGH** |
| **VS.** | **:** | |
| | **:** | |
| **Sheriff GREGORY COUNTRYMAN,** | **:** | |
| | **:** | |
| **Respondent.** | **:** | |
| | **:** | |

## **ORDER**

*Pro se* Petitioner Jerry Hall, a pretrial detainee at the Muscogee County Jail in Columbus Georgia, filed an application for federal habeas corpus relief.  ECF No. 1. However, Petitioner did not pay the $5.00 filing fee or request leave to proceed without the prepayment of the fee.  Before this case may proceed, Petitioner must either pay the full filing fee or move for leave to proceed *in forma pauperis*.

In order to move to proceed without paying the fee, Petitioner must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(1)-(2).

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or, if indigent, file a complete motion to proceed *in forma pauperis* that includes a certified copy of his inmate trust account for the previous six months that has been signed by a jail official.  Petitioner should also keep the Court

advised of any change of address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.**

The Clerk is **DIRECTED** to mail Petitioner a copy of the standard motion to proceed without prepayment of fees and account certification form, marked with the case number for the above-captioned action.  There will be no service of process in this case until further order of the Court.

**SO ORDERED AND DIRECTED**, this 17th day of July, 2024.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE